UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Diane M. Haggblad

        v.                                         Civil No. 11-cv-28-JL

US Social Security Administration, Commissioner

ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 17, 2011, no objection having been filed. The failure to file any objection to the Report and Recommendation precludes any appeal of this case to the First Circuit Court of Appeals. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011) (citing United States v. Lugo Guerrero, 524 F.3d 5, 14 (1st Cir. 2008)); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection precluded on appeal).

SO ORDERED.

December 6, 2011

Joseph N. Laplante
Chief Judge

cc:    Bennett Mortell, Esq.
       T. David Plourde, Esq.